UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSEPH G. FALBA, TIMOTHY E.
BUTCHER, and TERRY COLEMAN,

    Plaintiffs,

v.                                      CASE NO. 1:04-CV-666

CSX TRANSPORTATION, INC.,        HON. ROBERT HOLMES BELL

    Defendant.
_____/


**MEMORANDUM OF RULINGS ON
DEPOSITION OBJECTIONS BEFORE TRIAL**

    The following depositions' objections were submitted to this court for review and ruling prior to trial and have been ruled on in the following manner:

    1.    **Russell Hartwick, D.O. Deposition, March 13, 2006**:

        Page 22, line 16 through page 23, line 1 - OVERRULED

        Page 32, line 3 - line 8 - OVERRULED

    2.    **Gary Teigland, D.O., Deposition, March 7, 2006**:

        Page 26, line 22 - page 27, line 15 - OVERRULED

        Page 28, line 4 - line 9 -OVERRULED

        Page 38, line 22 - page 41, line 8 - SUSTAINED

        Page 41, line 14 - page 42, line 13 - SUSTAINED

        Page 42, line 15 - line 22 - SUSTAINED

3. **Joseph Black, Ph.D., Deposition, March 13, 2006**:

   Page 55, line 14 - page 56, line 6 - OVERRULED

   Page 61, line 4 - line 17 - SUSTAINED

   Page 62, line 1 - line 10 - STRICKEN

   Page 63, line 15 - page 64, line 5 - SUSTAINED

4. **Michael A. Benham, Deposition, August 1, 2005:**

   Page 8, line 4 - page 10, line 11 - SUSTAINED

   Page 9, line 22 - page 10, line 11 - SUSTAINED

   Page 36, line 3 - line 7 - SUSTAINED

5. **Rodney Mullins, Deposition, June 9, 2005:**

   Page 23, line 3 - line 9 - OVERRULED.

IT IS SO ORDERED.


Date:   May 5, 2006                    /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE